THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MACNISH, Respondent, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Appellant.

(Submitted October 12, 1914; decided October 20, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 348.)

---

SAMUEL JACOBS, Appellant, *v.* DAVID A. SCHULTE et al., Respondents.

(Submitted October 12, 1914; decided October 20, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 212 N. Y. 566.)